

```
 1                UNITED STATES DISTRICT COURT

 2                    DISTRICT OF VERMONT

 3              CIVIL ACTION NO. 5:16-cv-289

 4
        KAREN E. O'CONNELL,                    )
 5           Plaintiff,                        )
                                               )
 6      vs.                                    )
                                               )
 7      SPRINGFIELD HOSPITAL, INC.,            )
        JOHN S. CIOCCHI, M.D., and             )
 8      MEENA K. MOORTHY, M.D.,                )
             Defendants.                       )
 9

10

11

12              DEPOSITION OF PETER MOWSCHENSON,

13      M.D., a witness called on behalf of the

14      Defendants, pursuant to the provisions of

15      the Vermont Rules of Civil Procedure, before

16      Jill Shepherd, Registered Professional

17      Reporter, MA-CSR #148608, NH-CSR #128,

18      CA-CSR #13275, CLR, and Notary Public, in

19      and for the Commonwealth of Massachusetts,

20      at One Charles Street South, Boston,

21      Massachusetts, on Thursday, June 14, 2018,

22      commencing at 4:59 p.m.

23

24
```

1  APPEARANCES:
2
3
4  SPANEAS LAW OFFICE
5  By:   George E. Spaneas, Esq.
6  79 Hanover Street
7  Lebanon, NH 03766
8  george@spaneaslaw.com
9  603.727.9595
10 On Behalf of the Plaintiff and Deponent.
11
12
13
14 SHEEHEY FURLONG & BEHM P.C.
15 By:  Craig Nolan, Esq.
16 30 Main Street, P.O. Box 66
17 Burlington, VT 05402
18 802.864.9891
19 cnoliinfnj.sheeheyvl.com
20 cnolan@sheeheyvt.com
21 On Behalf of the Defendants.
22
23
24

1                           I N D E X

2      WITNESS                                          PAGE

3      PETER MOWSCHENSON, M.D.

4      Examination by Mr. Nolan                          4

5      Examination by Mr. Spaneas                       38

6

7

8

9                         E X H I B I T S

10     NO.            DESCRIPTION                      PAGE

11     Exhibit 25     Medical Records                    4

12     Exhibit 26     Letter 11/29/2017                  4

13

14

15              ALL EXHIBITS RETAINED BY MR. NOLAN

16

17

18

19

20

21

22

23

24

| | | |
|---|---|---|
| 1 | Q. | Did you read the entire deposition |
| 2 | | transcript of Dr. Hyman? |
| 3 | A. | Yes. |
| 4 | | MR. SPANEAS: Objection. |
| 5 | | I instruct the witness not to answer. |
| 6 | | This deposition is limited to the |
| 7 | | purpose of informed consent and the |
| 8 | | reasonable and necessary -- whether or not |
| 9 | | the bills reflect reasonable and necessary |
| 10 | | services that Karen O'Connell received after |
| 11 | | Dr. Ciocchi's October 1st, 2014 surgery. |
| 12 | Q. | Dr. Mowschenson? |
| 13 | A. | Yes. |
| 14 | Q. | Do you have any response to Dr. Hyman's |
| 15 | | deposition testimony? |
| 16 | | MR. SPANEAS: I instruct the |
| 17 | | witness not to answer the question. |
| 18 | | MR. NOLAN: So George, I think |
| 19 | | you've failed in your discovery obligations |
| 20 | | to supplement Dr. Mowschenson's disclosures |
| 21 | | to the extent that he is going to respond to |
| 22 | | Dr. Hyman's deposition testimony. Hold on. |
| 23 | | Let me finish. Then you can go. |
| 24 | | You have an opportunity here, though |

1   depositions.  So I'm instructing the witness
2   not to answer the question.
3         MR. NOLAN:  So you are not going to
4   let him provide any testimony today with
5   regard to his reaction or response to
6   Dr. Hyman's testimony; is that correct?
7         MR. SPANEAS:  Absolutely.  It is
8   absolutely correct.
9         MR. NOLAN:  So I think that's a
10  discovery violation.  I love Boston.  We're
11  close enough to trial and I really don't
12  want to come back down for yet another
13  deposition.  So I will simply be moving in
14  limine to prohibit certain testimony by
15  Dr. Mowschenson if you are not going to
16  comply with the rules of discovery.
17        MR. SPANEAS:  You don't even know
18  what his testimony would or may be about
19  Dr. Hyman's deposition transcript, because
20  we haven't disclosed any of it.
21        MR. NOLAN:  Because -- that's
22  exactly the point, and because there's no
23  disclosure, there can be no testimony at
24  trial.

1    MR. SPANEAS: There may be later.
2 There may not be later. How we prepare for
3 trial is our business how we prepare for
4 trial, Mr. Nolan. You have no right to come
5 back for repeat depositions just like I
6 cannot go back and ask Dr. Hyman, Have you
7 read today's deposition? Have you looked at
8 Dr. Scheiman's testimony? Have you looked
9 at Dr. Flaherty's testimony? And now tell
10 me what your opinions are about that. I
11 have no right to keep going back, just like
12 you don't, Mr. Nolan.
13    MR. NOLAN: I disagree with your
14 view of the law --
15    MR. SPANEAS: But depositions can't
16 keep going on and on and on and on forever.
17 The obligation of supplemental disclosure
18 under the rules is if there's something that
19 I believe needs to be supplemented prior to
20 trial, I will do my due diligence to that.
21    MR. NOLAN: Well, it's not based on
22 your belief. It's based on what's required
23 under the law as a supplement.
24    MR. SPANEAS: I understand what it

C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.

    I, Jill Shepherd, Notary Public, in and for the Commonwealth of Massachusetts, do hereby certify that:
    PETER MOWSCHENSON, M.D., the witness whose deposition taken on June 14th, 2018 is hereinbefore set forth, was satisfactorily identified by means of driver's license, and was duly sworn by me, and that the foregoing transcript is a true and accurate record of the testimony given by such witness and such testimony is a true and accurate transcription of my stenotype notes to the best of my knowledge, skill, and ability.
    I further certify that I am not related to any of the parties in this matter by blood or marriage and that I am in no way interested in the outcome of this matter.
    IN WITNESS WHEREOF, I have hereunto set my hand and notarial seal this 25th day of June 2018.

*Jill Shepherd*
Jill Shepherd, RPR
Notary Public

My Commission expires: April 9, 2021

THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE CERTIFYING REPORTER.